# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD FRANK MUISE,<br><br>Defendant. | Case No. 2:14-cr-00037-APG-NJK<br><br>**ORDER STRIKING ORDER GRANTING VOLUNTARY DISMISSAL** |

On April 24, 2017, I entered an order granting voluntary dismissal of defendant Muise's motion to vacate under 28 U.SC. § 2255. ECF No. 38. Unbeknownst to me, that same day the Government filed an opposition to Muise's motion. ECF No. 37. The Government requests that dismissal be based upon 28 U.S.C. § 2255, rather than upon Federal Rule of Civil Procedure 41(a)(1)(A)(i) as requested by Muise. The Government's opposition raises issues about the impact dismissal will have upon Muise's ability to file a second or successive petition. Because I entered my order before seeing the Government's opposition, I did not consider those issues. I therefore strike my prior order and allow Muise to file a reply addressing those issues.

IT IS THEREFORE ORDERED that my prior order **(ECF No. 38) is STRICKEN**. Muise may file a reply in support of his motion to voluntarily dismiss by May 9, 2017.

DATED this 25th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE