UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD FRANK MUISE,<br><br>Defendant. | Case No. 2:14-cr-00037-APG-NJK<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>(ECF No. 36) |

On April 24, 2017, I entered an order granting voluntary dismissal of defendant Muise's motion to vacate under 28 U.SC. § 2255. ECF No. 38. I subsequently struck that order to allow Muise to respond to the Government's request that dismissal be based upon 28 U.S.C. § 2255, rather than upon Federal Rule of Civil Procedure 41(a)(1)(A)(i) as requested by Muise. Having now considered the briefs, I grant Muise's voluntary dismissal under Rule 41(a)(1)(A)(i). That rule provides the appropriate mechanism for voluntary dismissal, and is not inconsistent with § 2255. I make no judgment whether a hypothetical future filing by Mr. Muise would constitute a successive petition.

IT IS THEREFORE ORDERED that Muise's motion for voluntary dismissal **(ECF No. 36) is granted**. The clerk of the court is directed to close this file.

DATED this 28th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE