# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD MUISE,<br><br>    Defendant. | Case No. 2:14-cr-00037-APG-NJK<br><br>**ORDER** |

On June 6, 2019, I conducted a hearing on the Government's request that I revoke defendant Ronald Muise's supervised release. Good cause exists to modify the terms of Mr. Muise's supervised release.

IT IS HEREBY ORDERED that Mr. Muise's supervised release conditions are modified to include the following:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 7 months. You must follow the rules and regulations of the center.

2. **Report Addiction to Attending Physician** – You must report your history of substance abuse to any attending physician prior to receiving prescription pain medication and must permit the probation officer to make such notification and to confirm your compliance with such notification requirement. You must report any prescription medication prescribed within 72 hours to your probation officer.

All previous conditions and terms of supervised release will remain in effect.

IT IS FURTHER ORDERED that Mr. Muise will remain in custody of the U.S. Marshal Service pending his placement at the residential reentry center.

The hearing on the petition is continued to February 6, 2020 at 9:30 a.m.

DATED this 7th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE