NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-37-APG-NJK |
| Plaintiff, | STIPULATION TO CONTINUE HEARING FOR REVOCATION OF SUPERVISED RELEASE |
| vs. | |
| RONALD FRANK MUISE, | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Ronald Frank Muise, that the Revocation Hearing currently scheduled for Wednesday, August 21, 2019 at 9:30 a.m. be vacated and continued to Thursday, August 29 or a date and time convenient to the Court soon thereafter, excluding Friday, August 30.

This Stipulation is entered into for the following reasons:

1

1. The parties request additional time to discuss a potential resolution of the matter.
2. Mr. Muise is in custody and agrees with the need for a continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the Revocation Hearing.

## RELIEF REQUESTED

For the reasons stated above, the parties request the Court vacate the revocation hearing in this matter currently scheduled for Wednesday, August 21, 2019 at 9:30 a.m. and continue the hearing to Thursday, August 29 or a date and time convenient to the Court soon thereafter, excluding Friday, August 30. A proposed order is attached.

Dated: August 16, 2019

Counsel for RONALD FRANK MUISE

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| _____//s//_____<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | _____//s//_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

|     |                                                                                           |
| --- | ----------------------------------------------------------------------------------------- |
| 1   |                                                                                           |
| 2   |                                                                                           |
| 3   |                                                                                           |
| 4   | # UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA                                      |
| 5   | -oOo-                                                                                     |
| 6   | UNITED STATES OF AMERICA,                         Case No. 2:14-cr-37-APG-NJK             |
| 7   |     Plaintiff,                                                                            |
| 8   | vs.                                               PROPOSED<br>ORDER GRANTING THE          |
| 9   | RONALD FRANK MUISE,                               STIPULATION TO CONTINUE<br>HEARING FOR REVOCATION OF<br>SUPERVISED RELEASE |
| 10  |     Defendant                                                                             |
| 11  |                                                                                           |
| 12  | ORDER                                                                                     |
| 13  | IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this    |
| 14  | case and for good cause shown, that the revocation hearing currently scheduled for Wednesday, |
| 15  | August 21, 2019 at 9:30 a.m. be vacated and continued to __September 5, 2019__            |
| 16  | at _10_:_30_ _a_.m. in Las Vegas Courtroom 6C.                                            |
| 17  | IT IS SO ORDERED this August _19_, 2019:                                                  |
| 18  |                                                                                           |
| 19  | _____                                                    |
| 20  | THE HONORABLE ANDREW P. GORDON<br>JUDGE, UNITED STATES DISTRICT COURT                     |
| 21  |                                                                                           |
| 22  |                                                                                           |
| 23  |                                                                                           |
| 24  |                                                                                           |

1

## CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that the following individual was served with a copy of the STIPULATION TO CONTINUE HEARING FOR REVOCATION OF SUPERVISED RELEASE on this date by Electronic Case File system:

Katherine A. Tanaka
Assistant Federal Public Defender
411 E. Bonneville AVE STE 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
katherine_tanaka@fd.org
Counsel for Ronald Frank Muise

DATED August 16, 2019

                                                  //s//
                                     DANIEL J. COWHIG
                                     Assistant United States Attorney